IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DANIELLE BERTOTHY<br>Defendant, | INDICTMENT<br><br>VIOLATIONS: 25-24 (GMM)<br>18 U.S.C. § 844(i)<br>(ONE COUNT) |

*RECEIVED & FILED CLERK'S OFFICE JAN 16 2025 US DISTRICT COURT SAN JUAN, PR*

## COUNT ONE
### The Use of Fire to Destroy any Building Affecting Interstate Commerce (Arson)
### 18 U.S.C. § 844(i)

THE GRAND JURY CHARGES:

On or about January 2, 2025, in the District of Puerto Rico and within the jurisdiction of this Court,

**DANIELLE BERTOTHY**

the defendant herein, did maliciously damage and destroy, by means of fire, a building and other real and personal property used in interstate and foreign commerce and in activities affecting interstate and foreign commerce, to wit: a commercial building consisting of a retail store, a restaurant, a bar, and a hotel located at Road 3301 KM 2.9 Combate Beach, Cabo Rojo, Puerto Rico, in violation of 18 U.S.C. § 844(i).

W. STEPHEN MULDROW
United States Attorney

TRUE BILL

_____
Jonathan L. Gottfried
Chief, Violent Crimes and
National Security Division

_____
Foreperson

_____
Jeanette Collazo-Ortiz
Deputy Chief, Violent Crimes and
National Security Division

_____
Corinne Cordero-Romo
Assistant U.S. Attorney